# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TYREE LAWSON,

             Plaintiff,

v.

MICHAEL OVERMYER, et al.,

             Defendants.

Civil Action No. 17-38 (BJR)

ORDER ADOPTING REPORT AND RECOMMENDATION

## ORDER

The Court having reviewed the Report and Recommendation provided to it by Magistrate Judge Susan Paradise Baxter, together with Plaintiff's objection thereto, hereby adopts the R&R.

Plaintiff has moved for a temporary restraining order and preliminary injunction prohibiting interference with his mails. The Magistrate Judge correctly concluded that Plaintiff failed to satisfy the requirements that must be met before the extraordinary relief plaintiff requests can be granted, more specifically, that Plaintiff failed to establish a likelihood of success on the merits or that absent a temporary restraining order and preliminary injunction he would suffer irreparable injury. Plaintiff's objection does not remedy his failure to demonstrate either the likelihood of success on the merits or his irreparable injury if the relief is not granted.

Now, therefore, the Court adopts the Report and Recommendation of the Magistrate Judge. Dated this 7th day of November, 2017.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge